# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 13-1200**                                                       **September Term, 2013**

EPA-77FR9304
EPA-78FR24073

**Filed On: January 31, 2014**

Chesapeake Bay Foundation, Inc., et al.,

      Petitioners

      v.

Environmental Protection Agency and Gina McCarthy, in her official capacity as Administrator of the U.S. Environmental Protection Agency,

      Respondents

------------------------------

Calpine Corporation, et al.,
                Intervenors

------------------------------

Consolidated with 13-1201, 13-1254

      **BEFORE:**    Tatel, Brown, and Pillard, Circuit Judges

### O R D E R

      Upon consideration of the motion to sever certain issues and hold severed case in abeyance, the opposition thereto, and the reply; and the joint motion concerning the briefing format, it is

      **ORDERED** that the motion to sever and hold in abeyance be granted. The Clerk is directed to sever Issue #4 in Utility Air Regulatory Group's nonbinding statement of issues in No. 13-1201, assign it new docket No. 14-1015, <u>Utility Air Regulatory Group v. EPA</u>, and hold No. 14-1015 in abeyance pending further order of the court. Respondent is directed to file status reports in No. 14-1015 within 30 days of the date of this order and every 60 days thereafter. It is

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 13-1200**  September Term, 2013

**FURTHER ORDERED** that the following format and schedule apply in these consolidated cases:

| | |
|---|---|
| Brief for Environmental Petitioners (not to exceed 10,000 words) | March 24, 2014 |
| Brief for Utility Air Regulatory Group (not to exceed 10,000 words) | March 24, 2014 |
| Brief for Respondents (not to exceed 20,000 words) | May 23, 2014 |
| Brief for Intervenor-Respondents addressing issues raised by Environmental Petitioners (not to exceed 6,250 words) | June 23, 2014 |
| Brief for Intervenor-Respondents addressing issues raised by Utility Air Regulatory Group (not to exceed 6,250 words) | June 23, 2014 |
| Reply Brief for Environmental Petitioners (not to exceed 5,000 words) | July 23, 2014 |
| Reply Brief for Utility Air Regulatory Group (not to exceed 5,000 words) | July 23, 2014 |
| Deferred Appendix | August 6, 2014 |
| Final Briefs | August 13, 2014 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel. The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1200**                                                **September Term, 2013**

     Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/
                                            Scott H. Atchue
                                            Deputy Clerk